Nancy BUDKE, Relator,

v.

ST. FRANCIS MEDICAL CENTER and ALTERNATIVE INSURANCE MANAGEMENT SERVICES/CATHOLIC HEALTH INITIATIVES, Respondents.

No. A09–1994.

Supreme Court of Minnesota.

Jan. 27, 2010.

DeAnna M. McCashin, Schoep & McCashin, Chartered, Alexandria, MN, for relator.

Laura L. Myslis, Brock P. Alton, Gislason & Hunter, L.L.P., Minneapolis, MN, for respondents.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 14, 2009, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Christopher J. Dietzen
Associate Justice

Maria (Dunahoo) OLLIKKALA, Relator,

v.

RSI, INC., Self–Insured/Berkley Risk Administrators Company, L.L.C., Respondents.

No. A09–1638.

Supreme Court of Minnesota.

Jan. 29, 2010.

David R. Vail, Soderberg & Vail, L.L.C., Minneapolis, MN, for relator.

Timothy P. Jung, Peter L. Gregory, Lind, Jensen, Sullivan & Peterson, P.A., Minneapolis, MN, for respondents.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 11, 2009, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Lorie S. Gildea
Associate Justice